*Monday, October 7, 1991*
## MOTION DOCKET

91–1750. Newbold v. Keller. In Prohibition or Mandamus. This cause originated in this court on the filing of a complaint for a writ of prohibition, or in the alternative, a writ of mandamus. Upon consideration of respondents' motion for protective order,

IT IS ORDERED by the court that said motion for protective order be, and the same is hereby, denied, effective October 4, 1991.

## DISCIPLINARY DOCKET

90–2088. Disciplinary Counsel v. Sagen. It is ordered by the court, *sua sponte*, effective October 2, 1991, that Burt H. Sagen, Attorney Registration Number 0007980, is found in contempt for failure to fully comply with this court's order of July 3, 1991.

## MISCELLANEOUS DISMISSALS

91–1206. State, ex rel. Aherns, v. Atlas Crankshaft Co. *Franklin County*, No. 91AP–153. Cause dismissed, on appellants' application to dismiss, effective October 1, 1991.

*Tuesday, October 8, 1991*
## REHEARING DOCKET

90–1051. Episcopal Retirement Homes, Inc. v. Ohio Dept. of Industrial Relations. *Hamilton County*, No. C–880774. Reported at 61 Ohio St.3d 366, 575 N.E.2d 134. A rehearing is granted *sua sponte* as to all issues in this cause. This cause is to be decided on the merit briefs previously filed. No oral argument is to be set.

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

## MISCELLANEOUS DISMISSALS

91–1202. State, ex rel. Rybaczewski, v. Wood Cty. Court of Common Pleas. *Wood County*, No. 91–WD–003. Cause dismissed, on appellants' application to dismiss, effective October 7, 1991.

91–1454. State, ex rel. Greenwalt, v. Court of Common Pleas of Tuscarawas Cty. *Tuscarawas County*, No. 91AP060026. This cause is pending before the court as an appeal from the Court of Appeals for Tuscarawas County. Upon consideration of appellant James Greenwalt's application to dismiss his appeal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective October 7, 1991.

Said cause shall remain pending in all other respects.

*Wednesday, October 9, 1991*
## MERIT DOCKET

91–1238. State, ex rel. Fite, v. Saddler. In Prohibition. Writ denied, consistent with the opinion to follow.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., dissents.

91–1355. In re Application of Lammers. On Report by the Board of Commissioners on Character and Fitness of the Supreme Court. This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board of Commissioners on Character and Fitness. Upon consideration thereof,